FILED BY ___ D.C.

05 SEP 19 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RONALD HANCOCK, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2256 Ml/V |
| | ) |
| U.S DEPT. OF EDUCATION, | ) |
| VAN RU CREDIT CORP., TEXAS | ) |
| COLLEGE, and G.C. SERVICES | ) |
| LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE AND ORDER RESETTING TRIAL SCHEDULE**

Before the Court are Defendant U.S. Department of Education's Motion to Dismiss or Alternatively, Motion for More Definite Statement, filed July 28, 2005; Defendant Van Ru Credit Corp.'s Motion for Summary Judgment as to All Claims, filed July 29, 2005, and Defendant G.C. Services Limited Partnerhip's Motion for Summary Judgment as to All Claims, filed July 29, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to these motions was due on or before August 29, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendants' motions should not be granted.[1] Failure to respond to this Order to Show Cause in a

---

[1] To comply with this Order, Plaintiff must file a written response to Defendants' motions.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-19-05

28

timely manner may result in a judgment in favor of Defendants.

A Proposed Joint Pretrial Order in this case is currently due by September 20, 2005, and a Pretrial Conference is currently set for September 27, 2005. The case is set for trial on October 3, 2005. In light Plaintiff's failure to respond to Defendants' motions listed above, the Court hereby RESETS the trial schedule. The Court will reschedule the trial dates in this case upon receipt of Plaintiff's response to this Order to Show Cause.

So ORDERED this 19 day of September, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02256 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Paul A. Matthews
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Ronald W. Hancock
2023 Jamie Dr.
Memphis, TN 38116

Alan R. Strain
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Stephen A. Hester
ARMSTRONG ALLEN, PLLC- Memphis
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Russell Wood
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT